SNARR ADVERTISING, INC., Appellant, v. RAYMOND L. STURGEON, dba STURGEON'S LOG CABIN AND CAFE, Respondent.

No. 7541

January 16, 1975                                    530 P.2d 762

*Hale and Belford,* and *Steve Lane* and *Stephen V. Novacek,* of Reno, for Appellant.

*Belanger and Wagner,* of Lovelock, for Respondent.

# OPINION

*Per Curiam:*

We affirm the order of the district court granting a Rule 41(b) dismissal since the appellant has not docketed with this court a transcript of the trial, nor a substitute therefor, and, we must, therefore, assume that the evidence supported the trial court's implicit determinations. City of Las Vegas v. Bolden, 89 Nev. 526, 516 P.2d 110 (1973); Meakin v. Meakin, 88 Nev. 25, 492 P.2d 1304 (1972).